IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

UNITED STATES OF AMERICA,

v.

SHAUNTAY CRAIG
also known as
Shake
also known as
Shakey
also known as
Shake G
also known as
Big Bro,

   Defendant.

CRIMINAL FILE NO.
1:16-CR-145-1-TWT

**ORDER**

This is a criminal RICO action. It is before the Court on the Report and Recommendation [Doc. 1215] of the Magistrate Judge recommending denying the Defendant's Motions to Suppress [Doc. 731 & 948], Motion for Bill of Particulars [Doc. 732], Motion for Severance [Doc. 949], Motion for Disclosure of Confidential Informants [Doc. 950] and Motion for Accelerated Disclosure of Jencks Act and Giglio Materials [Doc. 951]. Notwithstanding who consented to the law enforcement search of the residence in Marrero, Louisiana, the Magistrate Judge correctly found

that the Defendant had alleged no facts showing an expectation of privacy on the part of the Defendant in the premises. Therefore, the Defendant has no standing to contest the search. The Magistrate Judge's analysis of the other motions was correct and the Court overrules the Defendant's conclusory objections. The Court approves and adopts the Report and Recommendation as the judgment of the Court. The Defendant's Motions to Suppress [Doc. 731 & 948], Motion for Bill of Particulars [Doc. 732], Motion for Severance [Doc. 949], Motion for Disclosure of Confidential Informants [Doc. 950] and Motion for Accelerated Disclosure of Jencks Act and Giglio Materials [Doc. 951] are DENIED

SO ORDERED, this 16 day of October, 2018.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge