IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>SHAUNTAY CRAIG<br>also known as<br>Shake<br>also known as<br>Shakey<br>also known as<br>Shake G<br>also known as<br>Big Bro,<br><br>    Defendant. | CRIMINAL FILE NO.<br>1:16-CR-145-1-TWT |

**ORDER**

This is a criminal action. It is before the Court on the Report and Recommendation [Doc. 2554] of the Magistrate Judge recommending denying the Defendant's Motion to Dismiss Indictment on Grounds of Entrapment [Doc. 2272]. No objections to the Report and Recommendation have been filed. The Court approves and adopts the Report and Recommendation as the judgment of the Court. The Defendant's Motion to Dismiss Indictment on Grounds of Entrapment [Doc. 2272] is DENIED.

T:\ORDERS\USA\16\16cr145-1\r&r2554.docx

SO ORDERED, this 1 day of August, 2019.


/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge